CITY OF KETTERING, EX REL. MOSER ET AL., APPELLEES, *v.* CITY OF KETTERING, APPELLANT.

[Cite as Kettering, ex rel. Moser, *v.* Kettering (1988), 37 Ohio St. 3d 233.]

*Municipal corporations—Sovereign immunity.*

(No. 88-574—Submitted June 1, 1988—Decided June 29, 1988.)

*Brannon & Hall Law Offices* and *Dwight D. Brannon,* for appellees.

*Freund, Freeze & Arnold, Neil F. Freund* and *Jane M. Lynch,* for appellant.

The judgment of the court of appeals is reversed on authority of *Sawicki* v. *Ottawa Hills* (1988), 37 Ohio St. 3d 222, 525 N.E. 2d 468.

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, J., concurs in judgment only.

DOUGLAS, J., not participating.